UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COLTON SIMPSON, | ) | CASE NO. ED CV 11-1312-SVW (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| MATTHEW CATES, SECRETARY OF CDCR, AND SCOTT McEWAN, WARDEN, | ) ) ) | |
| Respondents. | ) ) | |

　　　Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　　DATED:　　April 28, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Judgment.wpd